UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

In re:

UPLIFT RX, LLC, *et al*.,                                CASE NO. 17-32186, et seq. CHAPTER 11
          Debtors.
_____/

MICHAEL FOREMAN, Liquidating Trustee
of the Alliance Health Liquidating Trust,              ADV. NO. 21-03936
          Plaintiff,

v.

BROWN & FORTUNATO, P.C.,
          Defendant.
_____

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Michael Foreman, Liquidating Trustee of the Alliance Health Liquidating Trust ("Plaintiff"), files its witness and exhibit list for the March 19, 2024 hearing. Plaintiff reserves the right to amend, supplement, or modify this list in advance of the hearing.

## WITNESSES

1.  Any witness necessary to authenticate or prove admissibility of any document;

2.  Any witness called by any other party or listed on any other party-in-interest's witness and/or exhibit list; and

3.  Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

**EXHIBITS**

| EX.# | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|------|-------------|---------|-----------|-----------------------|-------------|
| 1. | Any exhibit identified, introduced or offered by any other party | | | | |
| 2. | Any exhibit attached to or identified in the Motion or Trustee's Response | | | | |
| 3. | October 11, 2019 Tolling Agreement, and amendments thereto | | | | |
| 4. | Rebuttal or impeachment exhibits | | | | |
| 5. | Any item docketed in the above-captioned cases | | | | |

Dated: March 15, 2024

Respectfully submitted,

**McKOOL SMITH, PC**

By: _/s/ Joshua J. Newcomer_
Joshua J. Newcomer, Esq. (SBN 24060329)
John J. Sparacino, Esq. (SBN 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Tel: (713) 485-7300
Fax: (713) 485-7344
Email: jnewcomer@mckoolsmith.com
Email: jsparacino@mckoolsmith.com

-and-

Kyle Lonergan
James Smith
**MCKOOL SMITH, PC**
One Manhattan West
395 9th Ave., 50th Floor
New York, NY 10001
Tel: (212) 402-9400
Email: klonergan@mckoolsmith.com
Email: jsmith@mckoolsmith.com

***Attorneys for Plaintiff Michael Foreman, Liquidating Trustee for the Alliance Health Liquidating Trust***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served by electronic delivery on all persons and entities receiving ECF notice in this case on March 15, 2024.

*/s/ Joshua J. Newcomer*
Joshua J. Newcomer